|  |  |  |
|---|---|---|
| ALBERTO-CULVER USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09-cv-5899 |
| | ) | |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| THE PROCTER & GAMBLE COMPANY | ) | |
| and NOXELL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PETER J. MACDONALD

1. I, Peter J. Macdonald, an attorney at law, hereby declare under penalty of perjury:

2. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, and counsel for Defendants The Procter & Gamble Company and Noxell Corporation.

3. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint and in the Alternative to Transfer Venue.

4. Attached hereto as Exhibit 1 are true and correct copies of Section 4.18, Section 11.11, and Schedule 4.18 of the Asset Sale and Purchase Agreement between The Procter & Gamble Company, Noxell Corporation, and Alberto-Culver USA, Inc. For confidentiality reasons, other material appearing on the same pages as these sections has been omitted.

5. Attached hereto as Exhibit 2 is a true and correct copy of Section 17.02 of the Transitional Supply Agreement between The Procter & Gamble Company, Noxell Corporation, and Alberto-Culver USA, Inc. For confidentiality reasons, other material appearing on the same page as this section has been omitted.

6.    Attached hereto as Exhibit 3 is a true and correct copy of the Verified Complaint

filed by Plaintiff in the Circuit Court of Cook County on August 12, 2009.


Dated: November 9, 2009                     /s/ Peter J. Macdonald

                                            Peter J. Macdonald (admitted *pro hac vice*)
                                            WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                            399 Park Avenue
                                            New York, New York 10022
                                            Tel:  (212) 230-8800
                                            Fax:  (212) 230-8888

**LIST OF EXHIBITS**

1.  Excerpts from the Asset Sale and Purchase Agreement between The Procter &    Tab 1
    Gamble Company, Noxell Corporation, and Alberto-Culver USA, Inc.

2.  Excerpt from the Transitional Supply Agreement between The Procter & Gamble    Tab 2
    Company, Noxell Corporation, and Alberto-Culver USA, Inc.

3.  Verified Complaint dated August 12, 2009    Tab 3