UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO-CULVER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY and NOXELL CORPORATION, <br><br> Defendants. | Case No. 09-cv-5899 |

## AFFIDAVIT OF LYNNE MILLER

1. My name is Lynne Miller. I am an attorney at The Procter & Gamble Company ("P&G") and I have knowledge of the matters set forth in this affidavit.

2. Peter A. Schwartz, a Partner in the New York office of Covington & Burling LLP, was involved in negotiating and drafting the Asset Sale and Purchase Agreement on behalf of P&G. Mr. Schwartz currently works and resides in New York.

3. Jeffrey B. Rose, a Managing Director in the New York office of Merrill Lynch, was involved in the contract negotiations on behalf of Plaintiff. A telephone inquiry to the switchboard at Merrill Lynch indicated that Mr. Rose is currently employed at Merrill Lynch in New York.

4. Devries Public Relations is a consumer marketing public relations firm based in New York. The Asset Sale and Purchase Agreement specified Devries Public Relations as one of the principal advertising agencies for the Noxzema brand. *See* Macdonald Decl. Ex. 1 ¶ 4.18; Schedule 4.18.

Executed on November 5, 2009



_Lynne Miller_

_Louise S. Brock_
LOUISE SADOWSKY BROCK, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03