UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO-CULVER USA, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 09-cv-5899 |
| ) | |
| v. ) | Judge Suzanne B. Conlon |
| ) | |
| THE PROCTER & GAMBLE COMPANY ) | |
| and NOXELL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: Brian D. Sieve, P.C.
Terrence J. Dee, P.C.
Joshua Mahoney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

PLEASE TAKE NOTICE that on **Thursday, November 12, 2009** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Suzanne B. Conlon in Room 1743 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present for hearing **Defendants' Motion to Dismiss Plaintiff's Complaint and in the Alternative to Transfer Venue**, a copy of which was served upon you on November 9, 2009. Provided that it presents no inconvenience to the Court, Defendants respectfully request that the presentment date of the motion be continued to **Friday, November 13, 2009** at **9:00 a.m.**, the date and time of the parties' previously-scheduled status hearing.

Dated: November 9, 2009

Respectfully Submitted,


/s/ Peter J. Macdonald

Peter J. Macdonald (admitted *pro hac vice*)
Janet R. Carter (admitted *pro hac vice*)
Josephine T. Morse (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Michael P. Conway
Colin M. Seals
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

*Attorneys for The Procter & Gamble Company and Noxell Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 9, 2009, he caused a true and correct copy of the foregoing Notice of Motion to be served on Plaintiff via CM/ECF electronic delivery to:

    Brian D. Sieve, P.C.
    Terrence J. Dee, P.C.
    Joshua Mahoney
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, Illinois 60654
    Tel: (312) 862-2000
    Fax: (312) 862-2200

    /s/ Michael P. Conway

    Michael P. Conway
    GRIPPO & ELDEN LLC
    111 S. Wacker Drive
    Chicago, IL 60606
    Tel: (312) 704-7700
    Fax: (312) 558-1195