# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5899 | **DATE** | 11/10/2009 |
| **CASE TITLE** | ALBERTO CULVER USA, INC. vs. PROCTER & GAMBLE COMPANY, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss plaintiff's complaint and in the alternative to transfer venue [19] is taken under advisement. Plaintiff shall respond by November 24, 2009. Status hearing on November 13, 2009 stands. The motion will not be heard as noticed on November 12, 2009.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|