# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5899 | **DATE** | 11/13/2009 |
| **CASE TITLE** | ALBERTO CULVER USA, INC. vs. PROCTER & GAMBLE COMPANY, *et al.* | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by December 2, 2009. Plaintiff's compliance with FRCP 26(a)(2) by May 1, 2010; defendants' compliance with FRCP 26(a)(2) by June 1, 2010. Deadline to file amended pleadings by April 1, 2010 is adopted. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on July 1, 2010. Submission of the joint pretrial order and agreed pattern jury instructions set on July 16, 2010 at 9:00 a.m.; plaintiff's draft to be submitted to defendants by July 8, 2010. The case is placed on the August 2010 trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | air |
|---|---|---|