# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALBERTO-CULVER USA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:09-cv-05899 |
| THE PROCTER & GAMBLE COMPANY and NOXELL CORPORATION, | ) Judge Suzanne B. Conlon |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, January 5, 2010, at 9:00 a.m., or as soon thereafter as counsel may be head, we shall appear before the Honorable Suzanne B. Conlon in Room 1743, or any judge sitting in her stead, and then and there present the attached **Agreed Motion for Entry of a Stipulated Protective Order.**

Dated: December 28, 2009

Respectfully submitted,

*/s/ Brian D. Sieve, P.C.*

Brian D. Sieve, P.C.
Terrence J. Dee, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
brian.sieve@kirkland.com
terrence.dee@kirkland.com

*Counsel for Plaintiff Alberto-Culver USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2009, a true and correct copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Brian D. Sieve*
                                                  Brian D. Sieve, P.C.