Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5899 | **DATE** | 1/4/2010 |
| **CASE TITLE** | ALBERTO-CULVER USA, INC. Vs. THE PROCTER & GAMBLE COMPANY et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for entry of a stipulated protective order [35] is granted. The motion will not be heard as noticed on January 5, 2010. ENTER STIPULATED PROTECTIVE ORDER.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|