IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERTO-CULVER USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-05899 |
| v. | ) | |
| | ) | Judge Suzanne B. Conlon |
| THE PROCTER & GAMBLE COMPANY and NOXELL CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, February 9, 2010, at 9:00 a.m., or as soon thereafter as counsel may be head, we shall appear before the Honorable Suzanne B. Conlon in Room 1743, or any judge sitting in her stead, and then and there present **Plaintiff Alberto-Culver USA, Inc.'s Motion for Leave to File Its First Amended Complaint**.

Dated: February 1, 2010

Respectfully submitted,

/s/ Terrence J. Dee
Brian D. Sieve, P.C.
Terrence J. Dee, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
brian.sieve@kirkland.com
terrence.dee@kirkland.com

*Counsel for Plaintiff Alberto-Culver USA, Inc.*

# CERTIFICATE OF SERVICE

      Terrence J. Dee, one of the attorneys for Plaintiff Alberto-Culver USA, Inc., hereby certifies that on February 1, 2010, a true and correct copy of the foregoing **Notice of Plaintiff Alberto-Culver USA, Inc.'s Motion for Leave to File Its First Amended Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Terrence J. Dee
      Terrence J. Dee, P.C.