UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| ALBERTO-CULVER USA, INC., | ) |
| Plaintiff, | ) Case No. 09-CV-05899 |
| v. | ) |
| THE PROCTER & GAMBLE COMPANY and NOXELL CORPORATION, | ) Judge Suzanne B. Conlon |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

The parties to this action, by their attorneys, respectfully move for a fourteen (14) day extension of time for Defendants The Procter & Gamble Company and Noxell Corporation to answer or otherwise respond to Plaintiff Alberto-Culver USA, Inc.'s Amended Complaint. In support of this motion, the parties state as follows:

1. Following settlement discussions, the parties have agreed in principle to a settlement of all claims in this case.

2. Pursuant to the briefing schedule in this case, however, Defendants' response to the Amended Complaint is due next week, on March 23, 2010.

3. The parties are currently preparing settlement papers and anticipate that the Amended Complaint will be voluntarily dismissed and the case closed within fourteen (14) days of that date.

4. An enlargement of Defendants' time to respond to Plaintiff's Amended Complaint by fourteen (14) days would enable the parties to conclude settlement negotiations and would serve the interests of the parties and judicial economy by not requiring Defendants to devote

resources toward filing an unnecessary Answer or Motion.

WHEREFORE, Plaintiff Alberto-Culver USA, Inc. and Defendants The Procter & Gamble Company and Noxell Corporation jointly request that this Court extend the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint by fourteen (14) days, until April 6, 2010.

Dated: March 18, 2010

Respectfully Submitted,

THE PROCTER & GAMBLE COMPANY
AND NOXELL CORPORATION

By:

/s/ Michael P. Conway
One of Their Attorneys

Peter J. Macdonald (admitted *pro hac vice*)
Janet Carter (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Michael P. Conway
Colin M. Seals
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195


ALBERTO-CULVER USA, INC.

By:

/s/ Terrence J. Dee
One of Their Attorneys

Brian D. Sieve, P.C.
Terrence J. Dee, P.C.
Joshua Mahoney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** to be served on Plaintiff via CM/ECF electronic delivery this 18th day of March, 2010 to:

> Brian D. Sieve, P.C.
> Terrence J. Dee, P.C.
> Joshua Mahoney
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, Illinois 60654
> Tel: (312) 862-2000
> Fax: (312) 862-2200

/s/ Michael P. Conway