UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO-CULVER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY and NOXELL CORPORATION, <br><br> Defendants. | Case No. 09-cv-05899 <br><br> Judge Suzanne B. Conlon |

### NOTICE OF AGREED MOTION

To: Brian D. Sieve, P.C.
Terrence J. Dee, P.C.
Joshua Mahoney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

PLEASE TAKE NOTICE that on **Tuesday, March 23, 2010** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Suzanne B. Conlon in Room 1743 at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present for hearing **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**, a copy of which was served upon you March 18, 2010.

Dated: March 18, 2010

Respectfully Submitted,

THE PROCTER & GAMBLE COMPANY
AND NOXELL CORPORATION

By:

/s/ Michael P. Conway
One of Their Attorneys

898304.1

Michael P. Conway
Colin M. Seals
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

Peter J. Macdonald
Janet Carter
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the foregoing **NOTICE OF JOINT MOTION** to be served on Plaintiff via CM/ECF electronic delivery this 18th day of March, 2010 to:

>Brian D. Sieve, P.C.
>Terrence J. Dee, P.C.
>Joshua Mahoney
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois 60654
>Tel: (312) 862-2000
>Fax: (312) 862-2200

/s/ Michael P. Conway