Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5899 | **DATE** | 3/23/2010 |
| **CASE TITLE** | ALBERTO CULVER USA, INC. Vs. THE PROCTER & GAMBLE COMPANY *et al.* | | |

**DOCKET ENTRY TEXT**

Joint motion for extension of time from March 23, 2010 to April 6, 2010 for defendants to answer or otherwise respond to amended complaint [47] is granted. Hearing set on April 23, 2010 at 9:00 a.m. for report on settlement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|